IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| EDITH ROBERTSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 11-0441-CV-W-ODS |
| | § | |
| GYNECARE, INC., ETHICON, INC., | § | JURY TRIAL DEMANDED |
| JOHNSON & JOHNSON, and DOE | § | |
| MANUFACTURERS, 1-100, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ENTRY OF APPEARANCE

COMES NOW, Bettina J. Strauss, of the law firm Bryan Cave LLP, and hereby enters his appearance on behalf of Defendants Ethicon, Inc. (on its own behalf and behalf of its Division, Ethicon Women's Health & Urology, and erroneously sued as Gynecare, Inc.), and Johnson & Johnson.

Respectfully submitted,

BRYAN CAVE LLP

By: \_\_\_/s/ Bettina J. Strauss\_\_\_
Dan H. Ball, #27227
dhball@bryancave.com
Bettina J. Strauss, #44629
bjstrauss@bryancave.com
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 (telephone)
(314) 259-2020 (facsimile)

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of May, 2011, a copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

                        /s/ Bettina J. Strauss